IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MELISSA M. OLSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 22-123-BLG-SPW-TJC<br><br>**ORDER** |

Based upon the stipulation of the parties (Doc. 12), IT IS HEREBY ORDERED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will:

(1) Re-assess the claimant's mental impairments at step three in accordance with applicable statutes, regulations, and rulings; and

(2) Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issue, and issue a new decision.

Upon proper application, Plaintiff may seek an award of reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 24th day of April, 2023.

                                                  _/s/ Susan P. Watters_
                                                  SUSAN P. WATTERS
                                                  United States District Judge